Raffaele Savarese and Antonio Savarese, Copartners, etc., Respondents, v. Vincenza Papa, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Carr and Woodward, JJ., concurred; Burr, J., dissented.

Charles Schwartz, Respondent, v. Jacob Kaufman and David Levy, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank Thorn, Appellant, v. Ella Gustafson, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Cora L. Weinberg, Respondent, v. Peter H. Woodward, as Chairman of the Committee of Management of the Long Island Railroad Employees' Mutual Relief Association, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Adolph W. Wien, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Burr, Carr, Woodward and Rich, JJ., concurred; Thomas, J., dissented.

George C. De Lacy, Appellant, v. William F. Kelly, Jr., and Others, Respondents.— Motion denied, without costs, on condition that the defendants within five days substitute a bond as required by the terms of the order; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Patrick Gilmartin, Appellant, v. George A. Fuller Company and Alfred E. Norton Company, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of the Application of the Board of Rapid Transit Commissioners, etc., for the Appointment of Three Commissioners to Determine and Report whether a Rapid Transit Railway or Railways, etc., Ought to Be Constructed and Operated. Brooklyn and Manhattan Loop Lines, Brooklyn Sections.— Motion granted so far as it seeks an extension of two years from the present time. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ. Order to be settled before the presiding justice.

In the Matter of a Retransfer of Real Estate and for an Accounting between Paul Dickey, Plaintiff, and Christopher A. Gortner, Defendant. — Motion denied, without costs. Present — Jenks, P. J., Burr, Woodward and Rich, JJ.; Carr, J., not voting.

George W. Murray, Respondent, v. William P. Richardson, as Administrator, etc., Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.